

CASE NO. 401-81177-2013 COUNT SINGLE INCIDENT NO./TRN: 9197402931/A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 401ST JUDICIAL |
| | § | DISTRICT COURT |
| V. | § | |
| | § | |
| YISRAYL ZADOK HAWKINS | § | COLLIN COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX05899811 | § | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/31/2015 12:49:48 PM
LISA MATZ
Clerk

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. MARK J. RUSCH | Date Judgment Entered: | 03/02/2015 |
| Attorney for State: | ZEKE FORTENBERRY | Attorney for Defendant: | ROBERT HULTKRANTZ |

Offense for which Defendant Convicted:
**SEX OFFENDERS DUTY TO REGISTER LIFE/90 DAY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **62.102(b)(3) Code of Criminal Procedure** |

Date of Offense:
**03/27/2013**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **2ND DEGREE FELONY** | **NOT GUILTY** | **N/A** |

Terms of Plea Bargain:
**FOUR (4) YEARS CONFINEMENT IN THE INSTITUTIONAL DIVISION, TDCJ, COURT COSTS, WAIVERS, BACK TIME CREDIT.**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Date Sentence Imposed: | 03/02/2015 | Date Sentence to Commence: | 03/02/2015 |
|---|---|---|---|

| Punishment and Place of Confinement: | **FOUR (4) YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 0.00 | $388.44 | $ 0.00 | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

**THE CONFINEMENT ORDERED SHALL RUN CONCURRENTLY.**

**THE FINE ORDERED SHALL RUN CONCURRENTLY.**

☐ **SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A YEARS.**

**Sex Offender Registration Requirements apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was 12 years.

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From 4/5/13 to 3/2/15 From _____ to _____ From _____ to _____ |
| | From _____ to _____ From _____ to _____ From _____ to _____ |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |



**All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.**

This cause was called for trial in Collin County, Texas. The State appeared by her District Attorney.

## Counsel / Waiver of Counsel (select one)
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

## Punishment Options (select one)
☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Collin County District Clerk. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.
☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of **Collin** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Collin** County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the Collin County District Clerk. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.
☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court **ORDERS** Defendant to proceed immediately to the Office of the **Collin** County . Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

## Execution / Suspension of Sentence (select one)
☒ The Court **ORDERS** Defendant's sentence EXECUTED.
☐ The Court **ORDERS** Defendant's sentence of confinement SUSPENDED. The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.



Following the disposition of this cause, the defendant's fingerprints were, in open court, placed upon a Judgment Certificate of Defendant's Prints. Said Certificate is attached hereto and is incorporated by reference as a part of this Judgment.

Furthermore, the following special findings or orders apply:

Special Drivers License for Sex Offender:

The Court ORDERS Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS). The Court further ORDERS Defendant to annually renew the license or certificate. The DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. The Court ORDERS the clerk of the Court to send a copy of this order to the DPS and to Defendant. TEX. CODE CRIM. PROC. art. 42.016.



Signed on the __16__ day of __March__ , __2015__

_____
Judge Presiding

_____
PRINTED NAME
If sitting for Presiding Judge

Clerk: